UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>   Plaintiff,<br><br>  v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>   Defendants. | Case No. 16-cv-07028-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action in the proper venue.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 13, 2017

_____
SUSAN ILLSTON
United States District Judge