UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE JUSTE,

    Plaintiff,

    v.

JEH CHARLES JOHNSON, et al.,

    Defendants.

Case No. 16-cv-07028-SI

**ORDER REVOKING PAUPER STATUS**

Re: Dkt. No. 13

This action was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country and chose not to comply with venue requirements of which he is aware. See Docket No. 11 at 2. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: March 3, 2017

SUSAN ILLSTON
United States District Judge